UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-22942-CIV-WILLIAMS

MARVIN MORRIS,

    Plaintiff,

vs.

FLORIDA, DEP'T OF CORR.,
*et al.*,

    Defendants.    /

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS MATTER** is before the Court upon Magistrate Judge White's Report and Recommendations ("the Report"). (DE 19). Judge White recommends that Defendant Dr. Oscar Ortega's motion to dismiss (DE 18) be denied. Ortega has not objected to Judge White's Report, but has triggered the time limits under Federal Rule of Civil Procedure 25 by filing a suggestion of death (DE 20) and proof of serving the suggestion of death on decedent Plaintiff's mother (DE 21).

Accordingly, upon an independent review of the Report, the motion, and the applicable case law, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The analysis and conclusions of the Report (DE 19) are **ADOPTED**.

2.    Ortega's motion to dismiss (DE 18) is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida this 26 day of May, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

1